**FILED**

DEC 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PC

Evan E. Hann
(Name of Plaintiff)

2 11 CV 3368 JFM
(Case Number)

P.O Box 0600 K-Wing 303
(Address of Plaintiff)

Tracy, CA 95378

vs.                                    COMPLAINT

Sacramento County

Sheriffs Department

(Defendants uknown as of now)
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☐ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff _____

            Defendants _____

<u>FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

Rev'd 5/99

6

Additional Information pertaining to Section III Part A and B on page 7. "Defendants"

Pg. 4

III Defendants: The Sacramento County Sheriffs Department is being uncooperative in providing me with names and information. I filed a complaint with the Office of Inspector General pursuant to Penal Code Section 832.5 to investigate the incident to find out names of Deputy's responsible. I have written correspondance to obtain names and information necessary to fully complete the 42 U.S.C. 1983 complaint but have not recieved a responce. Pursuant to Penal Code Section 832.5 the agency that is responsible for conducting the investigation shall upon closing the investigation, send a written description, including names of employees questioned during the course of that investigation to the complaintant. I was not at one point told the names of Deputy's responsible and do not believe I will obtain that information without the courts help. I have attached a motion for Discovery with this complaint and ask that the courts subpoena the records to the complaint I filed with the office of Inspector General pursuant to Evidence Code Section 1045, so that I may obtain the information to be specific in which Deputy was responsible.

(Dated) 11-20-2011        _____
                          (Signature of Plaintiff)

I hereby declare under penalty and perjury that the foregoing is true and correct.

2. Court (if Federal Court. give name of District: if State Court. give name of County) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If your answer is no, explain why not _____

C. Is the grievance process completed?   ☑ Yes   ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank. his/her official position in the second blank. and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant-1 unknown at this time is employed as Sheriff Deputy at Sacramento County main jail.

B. Additional defendants Defendant-2 also known at this time. Seeking courts help in obtaining that information for I am not represented at this time. _____

7

Additional information pg. 1
pertaining to section IV on page 5
"Statement of Claim"
Exhibit B      11-20-2011

Greetings,

**IV**

My name is Evan Hann, I am writing this letter in regards to an incident that occurred in the Sacramento County Main Jail in which I was a victim to an assault and battery due to a sheriffs misconduct and lack of concern for my safety. On Sept. 2nd 2009 I was called out of my 6th East housing unit in the Sacramento County Main Jail to appear in court. While awaiting my court appearance a sheriff deputy directed me to court holding cell number 5 located in the basement of the jail. I voiced my classification and safety concerns to that deputy and requested not to be placed in holding cell number 5 but that I be placed in holding cell number 6 as usual. Inmates that are housed on the East side of the jail are deemed not compatible with the inmates housed on the west side of the jail. Hence when the inmates are called for their court appearances they are segregated and placed in the appropriate holding cells. Holding cells number 4 and 6 are used to occupy the inmates housed on the East side of the jail while holding cell number 5 is used to occupy the inmates on the west side of the jail. After stating these facts and repeatedly voicing my concerns for safety, the sheriff deputy became agressive and still ordered

me to go inside holding cell 5. I followed the Deputy's order and went inside holding cell number 5. As I walked in the Sheriff Deputy yelled some derogatory things at me as he slammed the door shut. Approximately 45-seconds later a different Sheriff Deputy walked passed holding cell 5, I knocked on the window of the door and stated that I was not suppose to have been placed in that cell. The Deputy responded by telling me to stop knocking on the "Damn" window and then continued to walk passed the door. The same Deputy that stated this walked passed again roughly 10-seconds later, I knocked on the window again and stated that I was not suppose to have been placed in that cell. The Deputy stated to, "Stop knocking on the fucking window," as he continued to walk passed. After several failed attempts to be removed from holding cell number 5, I turned around and started walking towards a back room, located in the rear of the holding cell, to isolate myself from the rest of the group.(It is a visitation room used for attorney/client visits) As I was walking to the room I was blind sided to the right side of my jaw. As I was falling I was then punched on the left side of my jaw as well. I was knocked unconscious while being repeatedly stomped on and kicked on

the ground. Approximately 10 or 20 minutes later I awoke inside the attorney/client visitation room to a tremendous amount of pain to my facial and upper torso areas. My jaw was swollen and unable to shut. At some point during my unconciousness I was dragged and left in the room. About 10 minutes later I was called out to appear in court where my lawyer inquired about the injuries to my face and jaw. After my court hearing I was sent back to my housing unit. The following morning my face was swollen beyond recognition and still I was unable to shut my mouth or eat. I contacted the floor officers of our housing unit to seek medical help. I was sent to the medical unit located on the 2nd floor of the Sacramento County Main Jail. I was tended to by nurses and given medication to subdue the pain and swelling until the radiologist and orthopedist was able to see me. After about an hour later it was confirmed that the radiologist or orthopedist was not in but sceduled to be in the following day. I was sent back to my housing unit after being prescribed medication. The following morning I was examined by the orthopedist at my housing unit, after he was finished I was immediately summoned to the 2nd floor medical unit due to the

Case 2:11-cv-03368-JFM   Document 1   Filed 12/19/11   Page 7 of 13

seriousness of my injuries. The radiologist took ex-ray's that revealed a completely broken lower right side jaw and a fractured lower left side jaw. I was immidiately transferred to an outside hospital to have surgery performed, for the Sacramento County Main Jail medical units orthopedist did not qualify or have the experience necessary to perform the surgery. I was admitted to the U.C Davis Medical Center located on Stockton Blvd. in Sacramento and put under anesthesia while the surgery was conducted. During the surgery I recieved screws, plates, and wires to reconstruct and align my jaw back to its proper position. After 4 days I was discharged and returned back to the Sacramento County Main Jail.

On September 2nd 2009, the Sheriff Deputy's misconduct, negligence, and disregard for my safety played a tremendous role in the incident that took place. His actions of negligence and misconduct allowed these things to happen. If the officer would have heeded my request to not be placed in a holding cell I had no reason being placed in, the assault would not have occurred and I would not have suffered the injuries I sustained. I repeatedly voiced my safety concerns and was

repeatedly denied my rights to safety and still ordered into a cell by a Deputy that undeniably knew there was a risk of harm in placing me in that cell where that ruthless act of assault was waiting to happen. Not at one point did the Sheriff Deputies working that day interfere or stop the assault that ultimately ended with me being hospitalized with very serious injuries. Till this day I have chronic pain and dysfunctioning in my jaw. The two Sheriff Deputies misconduct, negligence of safety, intentionally putting me in harms way, and failure to protect me from those inmates undeniably violates my 8th Amendment of the Constitutional right for cruel and and usual punishment and 14th Amendments Due Process and Equal Protection of the law. These Sheriff Deputies acting under the color of law acted in their individual capacities as well as official capacities and are responsible for the injuries I suffered and sustained due to their reckless and callous indifference to my rights of safety. I have given the Sacramento County Sheriffs Department a generous amount of time to administrate remedies for relief before taking actions and filing a lawsuit under Section 42 U.S.C §1983.

I declare under penalty of perjury that the foregoing is true and correct.       _____
(Dated) 11-20-2011                                          Signature of Plaintiff

Additional information Pertaining to Section V on Page. 8 "Relief" Exhibit C

V Relief: I will also ask the courts to appoint me counsel with this complaint. Although it is not mandated that they do, but in the courts discretion it can appoint me counsel Pursuant to Section 28 U.S.C 1915(e)(1). My reasons being are that I am unable to afford counsel and have requested leave in forma pauperis. My imprisonment will greatly limit my ability to litigate. The issues involved in this case are complex, and will require significant research and investigation, and I have limited access to the law library and limited knowledge of the law. A trial in this case will likely involve conflicting testimony, and counsel would better enable me to present evidence and cross examine witnesses. I also ask the courts that if we are not able to settle the case that it grant me a Jury trial so that I may present all facts and evidence in support of my claim and any additional relief the courts deem just. And I ask with respects to the court that it order the Sacramento County Sheriffs Department to investigate the incident to identify the inmates who participated in the assault so that criminal prosecution can be brought forth. The Sheriffs Department never attempted to identify the inmates which was unjust and wrongful and although I am an inmate I have every right to

See justice served as much as any other victim or citizen of the united States.
I ask that the court grant these ~~reliefs~~ in good cause.

I declare under penalty of perjury that the foregoing is true and correct.

(Dated) 11-20-2011    _____
(Signature of Plaintiff)

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On Sept. 2nd 2009 Defendant-1 forced me into a holding cell he undeniably knew could be harmful and dangerous. As stated and authorized by policy and rules of regulations of the jail I was not suppose to be placed in cell #5 due to the location of my housing unit, even after stating these facts and repeatedly voicing my safety concerns Defendant-1 still ordered me into the cell. I was also cursed at and threatened by Defendant-1. Not at one point during the assault did Defendant-1 or Defendant-2 step in to interfere or stop the assault. Defendant-2 also failed to heed my request to be removed and placed in the appropriate cell, by rules and regulation should have been holding cell number 6. - Additional information attached - Exhibit B

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would first ask the Courts to authorize the lawsuit to proceed and serve the Defendants of the Sacramento County Sheriffs Department in regards to this complaint and declare that the acts and omissions described herein violated my rights under the Constitution and laws of the United States. I also pray that the Courts grant me compensatory damages in the amount of $550,000 and punitive damages in the amount of $200,000, in the total amount of $750,000 for future surgeries, medication fee's, attorney fees, therapy, pain and suffering. Additional information attached - Exhibit C

Signed this 20th day of November, 19 2011.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11-20-2011
(Date)

(Signature of Plaintiff)

8

In the United States District for the Eastern District of California.

Evan E. Hann
　　Plaintiff,

v.

Two unknown Deputies
of the Sacramento Co.
Sheriffs Department,
individually and in
their official capacities,
　　Defendants

Summons
Civil action No. ____

To the above named Defendants:

You are hereby summoned and required to serve upon Plaintiff, who address is: P.O Box boc Tracy, CA 95378 an answer to the complaint which is hereby served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a Defendant. If you fail to do so, judgment by default will be taking against you for relief demanded in the complaint.

Clerk of the Court _____

Date: _____

**FILED**

UNITED STATES DISTRICT COURT   DEC 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Eastern DISTRICT OF CALIFORNIA

Evan E. Hann Petitioner, )
v. Two unknown Deputies of )
Sacramento County )
Sheriff Department )
Respondent. )

CASE NO. _____

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:**

- 42 U.S.C. §1983 Civil Complaint
  Additional Information
  Attachment Sheets
- Motion for Discovery Form
  Pursuant to Evid. Code §1045
- Summons of Complaint

**PARTIES SERVED:**

Clerk of U.S District Court
for the Eastern District of CA.
501 I Street, Room 4-400
Sacramento, CA 95814

I declare under penalty of perjury the above statements are true and correct. This document executed on the 20th Day of November 2011, in the city of Tracy, San Joaquin County, California. By: Evan Edward Hann   print your name

SIGNED: _____