1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EVAN E. HANN,

11              Plaintiff,                    No. 2:11-cv-3368 JFM (PC)

12        vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPARTMENT,
14   et al.,

15              Defendants.

16   _____/              <u>ORDER</u>

17              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

18   rights action pursuant to 42 U.S.C. § 1983.  By order filed August 23, 2012, plaintiff's complaint

19   was dismissed and plaintiff was granted thirty days to file an amended complaint.  On August 31,

20   2012, the Sacramento County Sheriff's Department (Sheriff's Department) filed a supplement to

21   the discovery response filed on July 18, 2012.  Therein, the Sheriff's Department requests an in

22   camera review of a copy of divisional investigation 2009-Div-044 for the court to determine

23   whether the document contains any discoverable information.[1]

24   /////

25   _____

26   [1]The Sheriff's Department asserts  that the investigation is privileged and not subject to
     discovery pursuant to Cal. Penal Code § 832.5.

                                              1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  The Sheriff's Department's August 31, 2012 request for in camera review of

3   documents is granted; and

4         2.  The Sheriff's Department may forthwith submit documents pertaining to

5   divisional investigation 2009-Div-044 to the chambers of the undersigned for in camera review.

6   DATED: September 11, 2012.

7

8                                UNITED STATES MAGISTRATE JUDGE

9

10  12
11  hann3368.icr

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2