IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVAN E. HANN,

        Plaintiff,                      No. 2:11-cv-3368 JFM (PC)

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT,
et al.,

        Defendants.

_____/        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 23, 2012, plaintiff's complaint was dismissed and plaintiff was granted thirty days to file an amended complaint. On August 31, 2012, the Sacramento County Sheriff's Department (Sheriff's Department) filed a supplement to the discovery response filed on July 18, 2012. Therein, the Sheriff's Department requests an in camera review of a copy of divisional investigation 2009-Div-044 for the court to determine whether the document contains any discoverable information.[1]

/////

---

[1] The Sheriff's Department asserts that the investigation is privileged and not subject to discovery pursuant to Cal. Penal Code § 832.5.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. The Sheriff's Department's August 31, 2012 request for in camera review of

3  documents is granted; and

4  2. The Sheriff's Department may forthwith submit documents pertaining to

5  divisional investigation 2009-Div-044 to the chambers of the undersigned for in camera review.

6  DATED: September 11, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
hann3368.icr