IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVAN E. HANN,

      Plaintiff,                    No. 2:11-cv-3368 JFM (PC)

      vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,      ORDER APPOINTING
                                                LIMITED PURPOSE COUNSEL
      Defendants.
_____/

        Plaintiff Evan Hann is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983.  The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of investigating the claim, identifying defendant(s), and, as appropriate, drafting an amended complaint.  Joshua Kaizuka has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Joshua Kaizuka is appointed as limited purpose counsel in the above entitled matter.  This appointment is for the limited purpose of investigating the claim, identifying defendant(s), and, as appropriate, drafting an amended complaint.

/////

2. Joshua Kaizuka's appointment will terminate when plaintiff's amended complaint is filed, or if plaintiff determines defendant(s) cannot be identified or an amended complaint is not appropriate, when the investigation is concluded.

3. Joshua Kaizuka shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Joshua Kaizuka, Law Offices of Denis White, 901 H Street, Suite 101, Sacramento, California 95814.

5. Counsel for plaintiff shall forthwith contact the chambers of the undersigned to make arrangements for review of the documents submitted by the Sheriffs Department for in camera review. Review of said documents shall be by counsel only and no information contained therein shall be disclosed to plaintiff absent further order of court.

DATED: November 27, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
hann3368.31