IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVAN E. HANN,

      Plaintiff,                       No. 2:11-cv-3368 JFM (PC)

   vs.

SACRAMENTO COUNTY          ORDER AND
SHERIFF'S DEPARTMENT, et al.,
                                         ORDER TO SHOW CAUSE
      Defendants.
                                     /

       Plaintiff Evan Hann is a state prisoner proceeding with this civil rights action pursuant to 42 U.S.C. §1983. By order filed November 28, 2012, this court appointed counsel for the limited purpose of investigating the claim, identifying defendant(s), and, as appropriate, drafting an amended complaint. On March 1, 2013, plaintiff's court-appointed counsel filed a status report. There, counsel states that he has investigated the matter and is unable to identify any individual Sheriff Department personnel who might be a proper defendant in this matter or to draft any amended complaint. See Status Report filed March 1, 2013 (ECF No. 23).

       Good cause appearing, the court finds that the limited purpose of counsel's appointment has been completed. Accordingly, pursuant to the terms of the court's November 28, 2012 order, counsel's appointment is terminated. See Order filed November 28, 2012 (ECF No. 22) at 2. In light of the findings in counsel's status report, plaintiff will be ordered to show

cause in writing why this action should not be dismissed without prejudice due to the failure to identify any named individual defendant against whom a cognizable claim might be stated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Joshua Kaizuka's limited appointment as counsel for plaintiff is terminated.

        2. Henceforth, plaintiff shall proceed pro se.

        3. Within thirty days from the date of this order plaintiff shall show cause in writing why this action should not be dismissed without prejudice due to the failure to identify any named individual defendant against whom a cognizable claim might be stated.

        4. The Clerk of the Court is directed to serve a copy of this order upon Joshua Kaizuka, Law Offices of Denis White, 901 H Street, Suite 101, Sacramento, California 95814, and on Sujean Park, the Court's ADR and Pro Bono Program Director.

Dated: April 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12
hann3368.osc