IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVAN E. HANN,

      Plaintiff,                     No. 2:11-cv-3368 JFM P

      vs.

SACRAMENTO COUNTY
SHERIFF DEPARTMENT,

      Defendant.                  ORDER

                                      /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed January 3, 2012 (ECF No. 6). By order filed April 12, 2013, plaintiff was ordered to show in writing, within thirty days, why this action should not be dismissed without prejudice due to the failure to name any individual defendant against whom a cognizable claim might be stated. The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

 Dated: May 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12
hann3368.fsc