1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EVAN E. HANN,

11              Plaintiff,                    No. 2:11-cv-3368 JFM P

12        vs.

13
     SACRAMENTO COUNTY
14   SHERIFF DEPARTMENT,

15              Defendant.                    ORDER

16   _____/

17              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18   42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action, has consented to proceed

19   before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  See Consent filed

20   January 3, 2012 (ECF No. 6).  By order filed April 12, 2013, plaintiff was ordered to show in

21   writing, within thirty days, why this action should not be dismissed without prejudice due to the

22   failure to name any individual defendant against whom a cognizable claim might be stated.  The

23   thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to

24   the court's order.

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2    prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

3    Dated: May 23, 2013

4    _____
     CAROLYN K. DELANEY
5    UNITED STATES MAGISTRATE JUDGE

6

7    12
8    hann3368.fsc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26